# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**　　　　　　　　　　　　　　DATE: May 18th, 2018

**U.S. Magistrate Judge Silvia Carreño Coll**　　　　　　　AUSA Jose Contreras

UNITED STATES OF AMERICA

Plaintiff

v.　　　　　　　　　**SEALED**　　　　　　　Return of Indictment by the Grand Jury
　　　　　　　　　　　　　　　　　　　　　　　　Criminal No. 18-344 (ADC)

Eidderf Jhave Ramos-Ortiz (1)
Juan Carlos Ortiz-Vazquez (2)
Christian Rodriguez-Cruz (3)
Eric Velazquez-Martinez (4)

Defendant(s)

Indictment was filed in open court.

**Arraignment** to be set upon arrest.

Case is assigned to U.S. District Judge Aida M. Delgado Colon

**NEW CASE:**

(  )  This Indictment supersedes Criminal Case No. _____

(  )  The Court granted the government's oral motion to unseal the Indictment.

(  )  Defendant(s) has appeared in Magistrate Case No._____. This cases having been merged, is hereby closed.

( X )  Defendant(s) has/have not appeared in a Magistrate Case.

(  )  Defendant(s) is/are to remain on same conditions of release. This case having been merged, is hereby closed.

(  )  Defendant(s) is under custody. Marshal to produce defendant(s).

　　　As to defendant(s)  X   warrant of arrest and/or writs to be issued.   Arraignment Hearing to be set upon arrest.

(  )  Defendant(s) _____ Clerk to notify: (  ) Defendant   (  ) Sureties.

(  )  Summons to be issued.  ( ) U. S. Marshal or agents are to serve summons.   (  ) Clerk to send summons by mail.

　　　　　　　　　　　　　　**S/Reina Alvarez Miranda**
　　　　　　　　　　　　　　Courtroom Deputy Clerk

Time in Court: 1 minute